

# NUMBER 13-16-00298-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

LESLIE ANNE GOWER AND/OR
ANY AND ALL OCCUPANTS
AND OR RESIDENTS OF THE
PREMISES,                                                            Appellant,

v.

RICHARD WOMELDORF, AS
INDEPENDENT EXECUTOR OF
THE ESTATE OF JOHN W.
WOMELDORF, DECEASED,                                                Appellee.

On appeal from the County Court at Law No. 1
of Hidalgo County, Texas.

# ORDER

Before Chief Justice Valdez and Justices Garza and Longoria
Order Per Curiam

This appeal of a forcible detainer judgment is before the Court on appellant Leslie Ann Gower's Motion for Immediate Temporary Relief.  Appellant requests by her motion that we stay the judgment of the county court while she challenges the amount of the supersedeas bond as well as the merits of the judgment against her.

This Court has authority to issue "any temporary orders necessary to preserve the parties' rights" while reviewing a challenge to a supersedeas bond.  TEX. R. APP. P. 24.4(c).  However, the Texas Property Code provides that "[a] judgment of a county court may not under any circumstances be stayed pending appeal unless, within 10 days of the signing of the judgment, the appellant files a supersedeas bond in an amount set by the county court."  TEX. PROP. CODE ANN. § 24.007 (West, Westlaw through 2015 R.S.); *see* TEX. R. CIV. P. 510.13 ("The judgment of the county court may not be stayed unless within 10 days from the judgment the appellant files a supersedeas bond in an amount set by the county court pursuant to Section 24.007 of the Texas Property Code.").  The trial court in this matter signed the amended judgement on March 1, 2016, but appellant did not file her motion for temporary relief until June 8, 2016.

The Court, having examined and fully considered the motion for temporary relief, is of the opinion that appellant has not shown that she is entitled to a stay.  Accordingly, appellant's Motion for Immediate Temporary Relief is DENIED.


    IT IS SO ORDERED.

                                  PER CURIAM


Delivered and filed the
13th day of June, 2016.